CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com
kathleen.sherman@berliner.com

ATTORNEYS FOR DEFENDANT X2 IMPACT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BITE TECH, INC., a Minnesota corporation, and CUSTMBITE LLC, a New Jersey limited liability corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>X2 IMPACT, INC., a Washington corporation,<br><br>    Defendant. | CASE NO.  C12-5888<br><br>[PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT |

**ORDER**

Pursuant to the stipulation of the parties and for good cause, it is hereby ordered that:

1. Defendant has up to and including December 26, 2012 to move, plead, or otherwise respond to the Complaint.

2. Nothing in this stipulation shall constitute a waiver or otherwise prejudice Plaintiffs' or Defendant's substantive or procedural rights or defenses.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 7 , 2012

_____
NATHANAEL M. COUSINS
THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED
Judge Nathanael M. Cousins

CASE NO.  C12-5888

-1-

ORDER

\CEP\1126780.2
120612-NEWNEW