UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BITE TECH, INC., a Minnesota corporation, and CUSTMBITE LLC, a New Jersey limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>X2 IMPACT, INC., a Washington corporation,<br><br>Defendant. | CASE NO. C12-5888 EMC<br><br>STIPULATION REGARDING NAME CHANGE OF X2 IMPACT, INC. TO X2 BIOSYSTEMS, INC. ; ORDER |

The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

1. Defendant X2 Impact, Inc. ("X2") has changed its name to X2 Biosystems, Inc., as reflected in the attached Articles of Amendment to Amended and Restated Articles of Incorporation of X2Impact, Inc.

2. X2 hereby notifies the Court of this name change, which will be reflected in subsequent pleadings, should the Court enter the proposed order.

3. The parties submit that this name change will not alter the schedule of any currently pending deadlines in this case.

///

///

1    IT IS SO STIPULATED.

2    DATED:  FEBRUARY 15, 2013          BERLINER COHEN

3

4                                       BY:  /S/ KATHLEEN F. SHERMAN
                                        CHRISTIAN E. PICONE
5                                       KATHLEEN F. SHERMAN
                                        ATTORNEYS FOR DEFENDANT X2 IMPACT, INC.
6                                       10 Almaden Boulevard, Suite 1100
                                        San Jose, CA 95113
7                                       Phone: (408) 286-5800/ Fax: (408) 998-5388
                                        christian.picone@berliner.com
8                                       kathleen.sherman@berliner.com

9

10   DATED:  FEBRUARY 15, 2013          MORGAN, LEWIS & BOCKIUS LLP

11

12                                      BY:  /S/ BRETT M. SCHUMAN
                                        BRETT M. SCHUMAN
13                                      RYAN L. SCHER
                                        DENNIS J. SINCLITICO, JR.
14                                      ATTORNEYS FOR PLAINTIFFS BITE TECH, INC.
                                        AND CUSTMBITE, LLC
15                                      One Market, Spear Street Tower
                                        San Francisco, CA 94105-1126
16                                      Phone: (415) 442-1000/ Fax: (415) 442-1001
                                        bschuman@morganlewis.com
17                                      rscher@morganlewis.com
                                        dsinclitico@morganlewis.com

18

19

20                       [Proposed] ORDER

21   For good cause shown, the STIPULATION is approved and the name change of X2

22   Impact, Inc. to X2 Biosystems, Inc. is accepted.

23

24   DATED:   2/20/13

25

26                                      IT IS SO ORDERED

27                                      Judge Edward M. Chen

28

CASE NO.  C12-5888 EMC

\KSHERMAN\1142754.1
021513-21320001

STIPULATION REGARDING NAME CHANGE OF X2 IMPACT, INC. TO X2 BIOSYSTEMS, INC.