# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BITE TECH, INC., a Minnesota corporation, and CUSTMBITE LLC, a New Jersey limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>X2 IMPACT, INC., a Washington corporation,<br><br>Defendant. | CASE NO. C12-5888 EMC<br><br>STIPULATION REGARDING NAME CHANGE OF X2 IMPACT, INC. TO X2 BIOSYSTEMS, INC.  ; ORDER |

The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

1. Defendant X2 Impact, Inc. ("X2") has changed its name to X2 Biosystems, Inc., as reflected in the attached Articles of Amendment to Amended and Restated Articles of Incorporation of X2Impact, Inc.

2. X2 hereby notifies the Court of this name change, which will be reflected in subsequent pleadings, should the Court enter the proposed order.

3. The parties submit that this name change will not alter the schedule of any currently pending deadlines in this case.

///

///

CASE NO. C12-5888 EMC
-1-
STIPULATION REGARDING NAME CHANGE OF X2 IMPACT, INC. TO X2 BIOSYSTEMS, INC.

\KSHERMAN\1142754.1
021513-21320001

1   IT IS SO STIPULATED.

2   DATED: FEBRUARY 15, 2013          BERLINER COHEN

3

4                                     BY: /S/ KATHLEEN F. SHERMAN
                                          CHRISTIAN E. PICONE
5                                         KATHLEEN F. SHERMAN
                                          ATTORNEYS FOR DEFENDANT X2 IMPACT, INC.
6                                         10 Almaden Boulevard, Suite 1100
                                          San Jose, CA 95113
7                                         Phone: (408) 286-5800/ Fax: (408) 998-5388
                                          christian.picone@berliner.com
8                                         kathleen.sherman@berliner.com

9

10  DATED: FEBRUARY 15, 2013          MORGAN, LEWIS & BOCKIUS LLP

11

12                                    BY: /S/ BRETT M. SCHUMAN
                                          BRETT M. SCHUMAN
13                                        RYAN L. SCHER
                                          DENNIS J. SINCLITICO, JR.
14                                        ATTORNEYS FOR PLAINTIFFS BITE TECH, INC.
                                          AND CUSTMBITE, LLC
15                                        One Market, Spear Street Tower
                                          San Francisco, CA 94105-1126
16                                        Phone: (415) 442-1000/ Fax: (415) 442-1001
                                          bschuman@morganlewis.com
17                                        rscher@morganlewis.com
                                          dsinclitico@morganlewis.com

18

19
                              [Proposed] ORDER
20

21      For good cause shown, the STIPULATION is approved and the name change of X2

22  Impact, Inc. to X2 Biosystems, Inc. is accepted.

23
    DATED:
24            2/20/13

25

26                                              IT IS SO ORDERED

27                                              Judge Edward M. Chen

28

CASE NO. C12-5888 EMC

STIPULATION REGARDING NAME CHANGE OF X2 IMPACT, INC. TO X2 BIOSYSTEMS, INC.

\KSHERMAN\1142754.1
021513-21320001